# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARIA MCCRANEY

VERSUS

THE CITY OF BATON
ROUGE/PARISH OF EAST BATON
ROUGE

NO.   2021 CW 0325

**MAY 10, 2021**

---

In Re:   City of Baton Rouge/Parish of East Baton Rouge,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 605851.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of the judgment and all oppositions and any attachments thereto, in violation of Rule 4-5(C)(6) and (9) of the Uniform Rules of Louisiana Courts of Appeal. Futhermore, the writ application does not contain a transcript of the court's reasons for denying the motion and the reasons are not otherwise evident from the writ application. See La. Civ. Code P. art. 966(C)(4); **James as Co-Trustees of Addison Family Trust v. Strobel**, 2019-0787 (La. App. 1st Cir. 6/24/20), 2020 WL 3446635 (unpublished).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and the missing items noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before June 4, 2021 and must contain a copy of this ruling.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT